# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Christopher A. Provau,<br><br>          Plaintiff,<br><br>     vs.<br><br>YRC, Inc., d/b/a YRC Freight, Inc., and Ricky Walter ,<br><br>          Defendants. | Civil Action No.: 4:16-cv-00422-RBH<br><br>**ORDER STAYING SCHEDULING ORDER DEADLINES** |

FOR GOOD CAUSE shown in the parties' Consent Motion to Stay Scheduling Order Deadlines, it is here by ORDERED that all deadlines set forth in the September 8, 2016 Conference and Scheduling Order are hereby stayed pending the completion of the limited jurisdictional discovery and the Court's ruling on Defendants' re-filed motion to dismiss. Should the Court deny Defendants' motion to dismiss, the parties shall submit a new proposed Conference and Scheduling Order (along with the parties' proposed discovery plan and the information required by Local Civil Rule 26.03) no later than twenty-one days from the date of the order denying the motion to dismiss.

**IT IS SO ORDERED.**

September 30, 2016                                         s/ R. Bryan Harwell
Florence, South Carolina                                R. Bryan Harwell
                                                                       United States District Judge